# Exhibit A



CFN, Inc.

September 30, 2004

George Kakunes
PBS & J
5665 New Northside Drive, Suite 400
Atlanta GA 30328

**Re:** **Stonecrest Block G Engineering Services Approval**
**Subj:** **Pharr Engineering, Inc.**

Dear George:

It was good to talk to you on the phone September 22, 2004 to review your proposal for engineering services for Block "G".

As we discussed on the phone, we agree to the terms, however, Cadillac Fairview has struck the 18% administrative charge for reimbursable expenses and is changing it to 10%, which we customarily pay. The signed proposal document is enclosed. All future correspondence shall be addressed to me and copied to Kent Brooks, care of Cadillac Fairview.

With regards to Pharr Engineering, Inc, I have meet with Michael Williamson to request their permission to release the Block G, H, and I permit revision to the existing DeKalb County LDP, the drawings, and any other necessary information on September 16, 2002 and September 2, 2002. Mr. Williamson verbally agrees to provide the drawings, the permit release and collaborate on any additional information needed. The attached letter requesting signature approval shall attest to that and shall be copied to the County Public Works Department.

Critical to this project, Cadillac Fairview has also entered into temporary mutual access agreement with American Signature Homes (ASH) who closed on their property September 23, 2004. Access is granted to move material across the driveway leading from ASH to Mall Parkway (Ribbon Driveway) as further shown on the attached site plan. However, the agreement stipulates a dead line for this mutual use as a hard date of January 15, 2004. This means moving any material over and across Ribbon Driveway will need to be completed by that date. As a next step, please provide us with a schedule.

Please proceed with engineering services and permitting as soon as possible.

Sincerely,

*Sarah Kendall*

Sarah Kendall
Development Associate

cc:   A. Carlisle
      K. Brooks
      K. Thirolf
      J. Chambers
      M. Williamson

CFN, Inc.
Two Concourse Parkway, Suite 260, Atlanta, GA  30328
Telephone (770) 399-8440   Fax (770) 399-8441

**PBS&J**
Construction Services Inc.
Construction Managers - Consulting Engineers

Rev. 10/00
**Private Client**

## PROFESSIONAL SERVICE AGREEMENT

THIS Agreement, made and entered into ___August 12, 2004___, by and between PBS&J Construction Services, Inc. (PBS&J) and the Client identified herein, provides for the Professional Services described under Item 2 of this Agreement.

CLIENT: CFUS Properties, Inc.

ADDRESS: Two Concourse Parkway, Suite 260
Atlanta, GA 30328

CONTACT PERSON: Alan Carlisle

PHONE NO.: 770.399.8440   FAX NO.: 770.399.8441

SHORT TITLE: Stonecrest Block G

PROJECT NUMBER: _____

IS CLIENT FEE OWNER OF PROJECT?
☑ YES  ☐ NO  ☐ N/A
(If answer is NO, please provide name/address of owner.)
NAME/ADDRESS OF OWNER:
Two Concourse Parkway
Suite 260
Atlanta, Georgia 30328

DOES CLIENT HAVE OWNER'S AUTHORITY FOR THESE SERVICES?
☐ YES  ☐ NO  ☑ N/A

1. LEGAL DESCRIPTION OF PROJECT SITE:
Block two of the Stonecrest Mall Development located in Land Lots 151, 170, and 171 in the 16th District of DeKalb County, Lithonia, Georgia.

2. SCOPE OF SERVICES TO BE PROVIDED BY PBS&J
   (if additional pages are necessary, they are identified as Attachment A):

   See Attachment A

3. THE COMPENSATION TO BE PAID PBS&J for providing the requested services shall be (if additional pages are necessary, they are identified as Attachment B):

   ☐ Direct personnel expense plus a surcharge of _____, plus reimbursable costs.*

   ☑ A Lump-Sum charge of __See Attch 'A'__, plus out-of-pocket expenses.

   ☑ Unit Cost/time Charges identified in Attachment B, plus reimbursable costs.*
   * See explanation under Item number 5 below.

4. IF PBS&J's SERVICES UNDER THIS AGREEMENT ARE DELAYED for reasons beyond PBS&J's control, the time of performance shall be adjusted appropriately. Except where the services provided are under a continuous service contract for more than one year, if the services under this Agreement are delayed for a period of more than one (1) year from the beginning date (as above provided), the fees shall be subject to renegotiation; any change in such fees shall apply only to the unfinished services as of the effective date of such change.

IN WITNESS WHEREOF, this Agreement is accepted on the date written above and subject to the terms and conditions above stated.

(SIGN WITH BALL POINT PEN)

CLIENT: CFN (I-20), INC.
SIGNED: Alan Carlisle SR VP
TYPED NAME: ALAN CARLISLE
TITLE: SR VP
DATE: 9/24/04

PBS&J Construction Services, Inc.
SIGNED: _____
TYPED NAME: Victor C. Jones
TITLE: Program Manager
DATE: 10-6-04

Distribution: **Copy 1** - PBS&J; **Copy 2** - Client; **Copy 3** - PBS&J Accounting

## Attachment 'A'
## Stonecrest Block 'G' – Lithonia, Georgia

August 12, 2004

### *Project Description*

The Stonecrest Block 'G' parcel consists of approximately 30 acres, located along the north side of Mall Parkway between Street 'C' and Street 'D', south of the existing mall ring road, at the Stonecrest Mall Regional Shopping Center located in Lithonia, Georgia. This parcel was graded during a previous phase of the mall development. There are several existing sediment traps that tie into an existing storm drainage system that were constructed during the original mall development that are located on site. A sanitary sewer outfall system that was constructed with the original mall development is also located onsite. The Client proposes to rough grade the Block 'G' site to prepare it for future parcel sales.

I.  **Civil/Site Construction Documents:**

Based on the Client approved Grading Plan (Block 'G' Grading Plan, dated July 30, 2004, prepared by Pharr Engineering, Inc.), PBS&J will prepare construction documents for rough grading and erosion control. The civil construction documents will include the following:

1. Title Sheet.
2. Erosion Control Plan.
3. Rough Grading Plan.
4. Construction Details.
5. Permitting (Permit revision to existing DeKalb County LDP). The DeKalb County Development Department must be contacted by the Client to confirm that they will allow a permit revision to the existing permit by a different engineering company that was not part of the original permitting process. PBS&J has contacted the Georgia State Board of Professional Engineers and Land Surveyors (State Board) to confirm the required steps and/or process to correctly make the transition of engineering companies. If PBS&J is notified by the State Board that the revision to the existing permit results in an ethical issue, then a separate permit submittal to DeKalb County will be required and this will result in a change of scope. This change of scope will be addressed by an addendum.
6. Technical Specifications are not included. PBS&J recommends using the original Project Technical Specifications for the project.

All surveys, electronic files, and investigations normally required as the basis for sitework construction must be made available to us. These will include a boundary and topographic survey, with all underground utilities and drainage pipes located. Also, copies of all previously permitted plans, electronic files and specifications are required.



Any additional services and/or changes to the construction documents will be considered a change in the scope of work. These changes will be performed at hourly rates in accordance with Attachment 'C'.

## II. NPDES NOI Form:

The preparation of a Notice of Intent (NOI) and an Erosion Sedimentation & Pollution Control Plan (ESPCP) in accordance with the Georgia General Permits, No. GAR 100001, GAR 100002 or GAR 100003, as appropriate is required. The preparation of the NOI is included; however, the preparation of the ESPCP is **not** included in our scope. If requested, we can provide a fee for the preparation of the ESPCP.

## III. Construction Monitoring /Site Inspection:

PBS&J will perform site inspections, as required by DeKalb County regulations. The inspections will be performed by qualified personnel. Written reports will be provided to the Client and DeKalb County.

## IV. Exclusions & Assumptions:

A. Any professional services not specifically identified in the above scope of work will be provided as an additional service over and above the professional service fees and/or reimbursable expenses identified in Attachment 'C.'
B. The following services are also specifically excluded from this scope of work:
   1) ALTA/ACMS land title surveys.
   2) Retaining wall design.
   3) Environmental assessments and permitting.
   4) Geotechnical analysis.
   5) Perspective renderings.
   6) Surveys for protected species.
   7) Field surveys for historic properties and/or archaeological resources.
   8) Army Corps of Engineers' permitting and mitigation plans.
   9) Guaranteed issuance or receipt of permits.
   10) Stormwater management/hydraulic analysis.
   11) Construction staking of any nature.
   12) Future monitoring of track bed/slopes.
   13) Georgia NPDES permitting.
   14) Bid Analysis.
   15) Permit Fees.
   16) Grading analysis.
   17) Rock analysis.



## Attachment 'B'
## Stonecrest Block 'G' – Lithonia, Georgia

**August 12, 2004**

**Compensation to be paid:**

### TASK

| | | | |
|---|---|---|---|
| I. | Civil / Site Construction Documents: | $ | 4,700.00 Lump Sum |
| II. | NPDES Notice of Intent | $ | 250.00 Lump Sum |
| III. | Construction Monitoring/Site Inspections | $ | 2,500.00 Hourly Est. Max. |

**Reimbursable Expenses:**

Reimbursable expenses are not included as part of the design fees. Reimbursable expenses include, but are not limited to, reproduction costs, telephone/fax costs, local transportation, courier services, etc. Reimbursable expenses will be billed in accordance with the Professional Services Agreement.

G:\BRADLEY\Attachments\Stonecrest Block 'G' Lithonia,GA Attachment B 8-12-04.doc



## Attachment 'C' - Hourly Rate Schedule
(Effective through 12-31-04)

| CLASSIFICATION | HOURLY RATE |
|---|---|
| Project Principal | $ 184.00 |
| Senior Professional | 158.00 |
| Project Manager | 148.00 |
| Senior Engineer IV | 122.00 |
| Senior Engineer III | 110.00 |
| Senior Engineer II | 101.00 |
| Senior Engineer I | 92.00 |
| Engineer IV | 83.00 |
| Engineer III | 78.00 |
| Engineer II | 74.00 |
| Engineer I | 64.00 |
| Technician | 56.00 |
| Senior CADD / GIS Operator | 88.00 |
| CADD / GIS Operator | 71.00 |
| Principal Surveyor | 158.00 |
| Registered Surveyor | 105.00 |
| Sr. Survey Technician | 89.00 |
| Survey Technician / CADD | 70.00 |
| Survey Supervisor | 74.00 |
| Survey Crew (3-man) | 137.00 |
| Survey Crew (2-man) | 110.00 |
| Clerical I | 55.00 |
| Clerical II | 65.00 |
| Computer/Word Processor | 11.00 |
| Mileage | 0.375/mile |


G:\BRADLEY\Attachments\2004 Hourly Rates - Engineers Only.doc



1612/2.1



Rev. 10/00
**Private Client**

## Professional Service Agreement Addendum

Addendum No. __14__

THIS ADDENDUM to the AGREEMENT, made and entered into __August 12, 2004__, by and between Post, Buckley, Schuh & Jernigan, Inc. (PBS&J) and the Client identified herein, provides for the Additional Services described under Item 1 of this Agreement.

CLIENT: _____ CFN, Inc.. _____

PROJECT NUMBER: _____ 061612.00 _____

SHORT TITLE OF MAIN CONTRACT: _____ Stonecrest Block G _____

SHORT TITLE OF ADDENDUM: _____ Change Order Consolidation _____

1. DESCRIPTION OF ADDITIONAL PROFESSIONAL SERVICES TO BE PROVIDED BY PBS&J
   (If additional pages are necessary, they are identified as Attachment A):

   In order to close out old change orders, PBS&J is requesting the transfer of funds as shown on Attachment 'A' to this change order. Please note that additional funds are required for the Plan Review change order (061612.06) and for the Blocks M, N, & O change order (061612.08).

2. THE COMPENSATION TO BE PAID PBS&J for providing the requested services shall be (If additional pages are necessary, they are identified as Attachment B):

   ☐ Direct personnel expense plus a surcharge of _____ , plus reimbursable costs.

   ☐ A Lump-Sum charge of $_____ , plus out-of-pocket expenses.

   ☑ Unit Cost/Time Charges identified in Attachment B, plus reimbursable costs.

   ☐ In accordance with the provisions for additional services compensation set forth in the aforementioned Agreement.

IN WITNESS WHEREOF, this Addendum is accepted on the later date written below, subject to the terms and conditions above stated, and the aforementioned Agreement.

(SIGN WITH BALL POINT PEN)

| CLIENT: *CFN, INC.* | POST, BUCKLEY, SCHUH & JERNIGAN, INC. |
|---|---|
| SIGNED: *Alan Carlisle* | SIGNED: *Michael J. Buhler* |
| TYPED NAME: ALAN CARLISLE | TYPED NAME: Michael J. Buhler, P.E. |
| TITLE: SR VP | TITLE: Sr. Vice President |
| DATE: 6.10.08 | DATE: 6.16.08 |

Distribution: **Copy 1** - PBS&J; **Copy 2** - Client; **Copy 3** - PBS&J Accounting

June 9, 2008

## Addendum No. 14 – Attachment 'B'
## Stonecrest Blocks 'M', 'N', 'O', and 'P' – Lithonia, Georgia
## CFN, Inc.

**Adjustments to Existing Contracts to be made:**

In order to cleanup some of the existing change orders, PBS&J recommends the following adjustments for the items listed below:

| Task Number To be Closed | Change Order Description | Remaining Fee | Transfer remaining fee To Task Number |
|---|---|---|---|
| 061612.01 0001 | Change Order for Utilities on Block 'E' | $ 416.00 | 061612.06 (Plan reviews) |
| 061612.02 0001 | Change Order for Schematic Grading on Block 'G' | $ 1,416.00 | 061612.06 (Plan reviews) |
| 061612.03 | ESPCP for Block 'G' | Close all tasks | |
| 061612.04 0001 | Block 'A' Overall Master Site Plan | $ 40.00 | 061612.06 (Plan reviews) |
| 061612.04 0002 | Block 'A' Schematic Parcel Plans | $ 4,095.00 | 061612.06 (Plan reviews) |
| 061612.04 0003 | Block 'A' Schematic Cost Forecasting | $ 2,677.00 | 061612.06 (Plan reviews) |
| 061612.04 0004 | Block 'A' Site Analysis | $ 936.00 | 061612.06 (Plan reviews) |
| 061612.07 0101 | Storm Line 'T' Weekly Inspections | $ 3,339.00 | 061612.06 (Plan reviews) |
| 061612.09 0100 | Millwood Village Demolition Plans | $ 5,210.00 | 061612.08 0101 (Blocks M, N, & O Construction Documents) |
| 061612.09 0101 | Millwood Village Permitting | $ 14,312.00 | 061612.08 0101 (Blocks M, N, & O Construction Documents) |
| 061612.09 0102 | Millwood Village Bidding Assistance | $ 10,000.00 | 061612.08 0105 (Blocks M, N, & O Bidding Assistance) |
| 061612.09 0103 | Millwood Village Construction Administration & Monitoring | $ 20,984.00 | 061612.08 0105 (Blocks M, N, & O Bidding Assistance) |

Attachment 'B'
Stonecrest Blocks 'M', 'N', 'O', and 'P' – Lithonia, Georgia
June 9, 2008
Page 2

**Reimbursable Expenses:**

Reimbursable expenses are not included as part of the design fees. Reimbursable expenses include, but are not limited to, reproduction costs, telephone/fax costs, local transportation, courier services, etc. Reimbursable expenses will be billed out at cost plus ten percent.

G:\CFN, Inc\PSAA's\Attachments\Addendum No. 14 - Stonecrest Blocks 'M', 'N', 'O', & 'P" Lithonia,GA Attachment B 6-9-08.doc



JUN 1 3 2008

CFN, Inc
100 Galleria Parkway S.E., Suite 1650
Atlanta GA 30339
Telephone 770-661-0230  Fax 770-661-0231

# Memorandum

| | | | |
|---|---|---|---|
| **To:** | George Kakunes<br>5665 New Northside Drive<br>Suite 400  or the 5th floor<br>Atlanta, GA 30328 | T | 770-933-0280 Ext. 2504 |
| **Cc:** | | | |
| **From:** | Sarah Kendall | | |
| **Subject:** | Addendum #14 | | |
| **Date:** | June 11, 2008 | | |

George,

Attached are two originals of the Stonecrest Addendum #14 signed by Alan Carlisle.  After Michael Buhler has signed them, please sent one original back to me for our files.

Regards,

Sarah Kendall
Director of Development

x:\common\sarah kendall\memos\2008\george kakaunes addendum #14 6-11-08.doc