# Exhibit B



**PROFESSIONAL SERVICE AGREEMENT**

Rev. 04/11

THIS Agreement, made and entered into December 20, 2016, by and between Atkins North America, Inc. (Atkins) and the Client identified herein, provides for the Professional Services described under Item 2 of this Agreement.

CLIENT: Courtesy Properties, LLC

ADDRESS:
1636 Dogwood Drive, SE
Conyers, Georgia 30013

CONTACT PERSON: Randolph Barksdale

PHONE NO.: 770-922-2700   FAX NO.: _____

SHORT TITLE: Stonecrest Block O-NE

PROJECT NUMBER: 1000

IS CLIENT FEE OWNER OF PROJECT?
[ ] YES  [✓] NO  [ ] N/A
(If answer is NO, please provide name/address of owner.)

NAME/ADDRESS OF OWNER:
CFN I-20, Inc.

DOES CLIENT HAVE OWNER'S AUTHORITY FOR THESE SERVICES?
[✓] YES  [ ] NO  [ ] N/A

1. LEGAL DESCRIPTION OF PROJECT SITE:

   An approximately 6.157 acre parcel located within DeKalb County Tax Parcel 16-182-01-015, in Land Lot 183, 16th District, DeKalb County, Georgia.

2. SCOPE OF SERVICES TO BE PROVIDED BY ATKINS
   (if additional pages are necessary, they are identified as Attachment A):

   Refer to Attachment "A" regarding scope of services and schedule.

3. THE COMPENSATION TO BE PAID ATKINS for providing the requested services shall be
   (if additional pages are necessary, they are identified as Attachment B):

   [ ] Direct personnel expense plus a surcharge of _____, plus reimbursable costs.*

   [✓] A Lump-Sum charge of $8,630.00, plus out-of-pocket expenses.

   [ ] Unit Cost/Time Charges identified in Attachment B, plus reimbursable costs.*
   * See explanation under Item number 5 below.

4. IF ATKINS's SERVICES UNDER THIS AGREEMENT ARE DELAYED for reasons beyond ATKINS' control, the time of performance shall be adjusted appropriately. Except where the services provided are under a continuous service contract for more than one year, if the services under this Agreement are delayed for a period of more than one (1) year from the beginning date (as above provided), the fees shall be subject to renegotiation; any change in such fees shall apply only to the unfinished services as of the effective date of such change.

IN WITNESS WHEREOF, this Agreement is accepted on the date written above and subject to the terms and conditions above stated.
(SIGN WITH BALL POINT PEN)

CLIENT: Courtesy Properties, LLC
SIGNED: _/s/ Randolph Barksdale_
TYPED NAME: Randolph Barksdale
TITLE: President
DATE: 12/21/16

ATKINS NORTH AMERICA, INC.
SIGNED: _/s/ George N. Kakuves_
TYPED NAME: George N. Kakuves, P.E.
TITLE: Sr. Project Manager
DATE: 12/29/16

5. **COMPENSATION:** Direct personnel expense shall be defined as: the cost of salaries and fringe benefit costs related to vacation, holiday, and sick leave pay; contributions for Social Security, Workers' Compensation Insurance, retirement benefits, and medical and insurance benefits; unemployment and payroll taxes; and other allowed benefits of those employees directly engaged in the performance of the requested service.

   Reimbursable costs include: fees of Professional Associates (whose expertise is required to complete the project) and out-of-pocket expenses, the cost of which shall be charged at actual costs plus an administrative charge of 18%, and shall be itemized and included in the invoice.

   Typical out-of-pocket expenses shall include, but not be limited to, travel expenses (lodging, meals, etc.), job-related mileage at the prevailing Company rate, long distance telephone calls, courier, printing and reproduction costs, and survey supplies and materials. In the event the requested service involves the use of electronic measuring equipment, computers, plotters, and other special equipment such as boats. swamp buggies, etc., an additional direct charge shall be made for the use of this equipment. It is understood and agreed that ATKINS' services under this Agreement are limited to those described in Item 2 hereof (and Attachment A, if applicable) and do not include participation in or control over the operation of any aspect of the project. Compensation under this Agreement does not include any amount for participating in or controlling any such operation.

6. **DOCUMENTS:** All original sketches, tracings, drawings, computations, details, design calculations, and other documents and plans that result from ATKINS' services under this Agreement are and remain the property of ATKINS as instruments of service. Where such documents are required to be filed with governmental agencies, ATKINS will furnish copies to the Client upon request. Reuse or modification by the Client is prohibited. Any unapproved use or modification shall be at Client's or others' sole risk without liability or legal exposure to ATKINS unless approved in writing by ATKINS prior to such reuse.

7. **INVOICE PROCEDURES AND PAYMENT:** ATKINS shall submit invoices to the Client for work accomplished during each financial month. For services provided on a Lump Sum basis, the amount of each financial monthly invoice shall be determined on the "percentage of completion method" whereby ATKINS will estimate the percentage of the total work (provided on a Lump Sum basis) accomplished during the invoicing period. Invoices shall include, separately listed, any charges for services for which time charges and/or unit costs shall apply. Such invoices shall also include, separately listed, any charges for Professional Associates and reimbursable costs. Such invoices shall be submitted by ATKINS as soon as possible after the end of the financial month in which the work was accomplished and shall be due and payable by the Client upon receipt. The Client agrees that the financial monthly invoice from ATKINS is correct, conclusive, and binding on the Client unless the Client within twenty (20) working days from the date of receipt of such invoice, notifies ATKINS in writing of alleged inaccuracies, discrepancies. errors in the invoice, or the need for additional backup.

   The Client, as owner or authorized agent for the owner, hereby agrees that payment as provided herein will be made for said work within 30 days from the date the invoice for same is mailed to the Client at the address set out herein or is otherwise delivered, and, in default of such payment, hereby agrees to pay all costs of collection, including reasonable attorney's fees, regardless of whether legal action is initiated. The Client hereby acknowledges that unpaid invoices shall accrue interest at the maximum rate allowed by law after they have been outstanding for over 30 days. ATKINS reserves the right to suspend all services on the Client's project without notice if an invoice remains unpaid 45 days after date of invoice. This suspension shall remain in effect until all unpaid invoices are paid in full.

   It is understood and agreed that ATKINS' services under this Agreement do not include participation, whatsoever, in any litigation. Should such services be required, a Supplemental Agreement may be negotiated between the Client and ATKINS describing the services desired and providing a basis for compensation to ATKINS.

8. **COST ESTIMATES:** Client hereby acknowledges that ATKINS cannot warrant that any cost estimates provided by ATKINS will not vary from actual costs incurred by the Client.

9. **LIMIT OF LIABILITY:** The limit of liability of ATKINS to the Client for any cause or combination of causes shall be, in total amount, limited to the fees paid under this Agreement.

10. **CONSTRUCTION SERVICES:** If, under this Agreement, professional services are provided during the construction phase of the project, ATKINS shall not be responsible for or have control over means, methods, techniques, sequences, or procedures, or for safety precautions and programs in connection with the Work; nor shall ATKINS be responsible for the Contractor's failure to carry out the Work in accordance with the Contract Documents or for the Contractor's failure to comply with applicable laws, ordinances, rules or regulations.

11. **INSURANCE:** ATKINS shall at all times carry Workers' Compensation insurance as required by statute, commercial general liability insurance including bodily injury and property damage; automobile liability coverage; and professional liability coverage. Insurance certificates will be provided to the Client upon request. Client agrees to require that ATKINS be named as an additional insured on insurance coverages provided by contractors on the Project.

12. **ASSIGNMENT:** Neither the Client nor ATKINS will assign or transfer its interest in this Agreement without the written consent of the other.

13. **SUSPENSION, TERMINATION, CANCELLATION OR ABANDONMENT:** In the event the project described in Attachment A, or the services of ATKINS called for under this Agreement, is/are suspended, canceled, terminated or abandoned by the Client, ATKINS shall be given seven (7) days prior written notice of such action and shall be compensated for the professional services provided up to the date of suspension, termination, cancellation or abandonment in accordance with the provisions of this Agreement for all work performed up to the date of suspension, termination, cancellation or abandonment, including reimbursable expenses.

    ATKINS may terminate this Agreement for cause by giving Client seven (7) days written notice of the cause and seven (7) days in which to cure the cause or breach. ATKINS shall be compensated for all work performed up to the date of termination.

14. **ENTIRETY OF AGREEMENT:** This writing embodies the entire Agreement and understanding between the parties hereto, and there are no other Agreements and understandings, oral or written, with reference to the subject matter hereof that are not merged herein and superseded hereby. No alteration. change or modification of the terms of this Agreement shall be valid unless made in writing signed by both parties hereto.

15. **PERMITTING:** In cases where the scope of services requires ATKINS to submit, on behalf of the Client, a permit application and/or approval by a third party to this contract, ATKINS does not make any warranties, guarantees or representations as to the success of our effort on behalf of the Client. Payment for services rendered by ATKINS is not contingent upon the successful acquisition of these permits.

16. **WAIVER:** Any failure by ATKINS to require strict compliance with any provision of this contract shall not be construed as a waiver of such provision, and ATKINS may subsequently require strict compliance at any time, notwithstanding any prior failure to do so.

17. **HAZARDOUS WASTE, MATERIALS OR SUBSTANCES:** Unless otherwise specifically provided in this Agreement, ATKINS shall not be responsible for or have control over the discovery, presence, handling, removal, transport or disposal of hazardous waste, materials or substances in any form on the project site.

18. **DISPUTE RESOLUTION:** If a dispute arises out of or related to this Agreement or the breach thereof, the parties will attempt to settle the matter between themselves. If no agreement can be reached the parties agree to use mediation with a mutually agreed upon mediator before resorting to a judicial forum. The cost of a third party mediator will be shared equally by the parties. In the event of litigation, the prevailing party will be entitled to reimbursement of all reasonable costs and attorneys' fees. The parties mutually agree that a similar dispute resolution clause will be contained in all other contracts executed by Client concerning or related to this contract and all subcontracts executed by ATKINS.

19. **GOVERNING LAW:** This Agreement shall be governed by and construed according to the laws of the State where the situs of the work is located.

20. **LIMITED COPYRIGHT LICENSE:** ATKINS grants Client a paid-up, non -transferable, non-exclusive license to make or have made copies of any copyrightable materials delivered under this Agreement and specifically marked by ATKINS as "Reproduction Authorized."

21. **INTELLECTUAL PROPERTY:** With the sole exception of specifically marked reproducible materials subject to the Limited Copyright License herein, all worldwide right, title and interest in and to any and all Intellectual Property conceived, invented, authored or otherwise made by or on this Agreement shall remain the sole and exclusive property of ATKINS, its successors and assigns unless licensed or assigned by ATKINS pursuant to a separate written instrument. The term "Intellectual Property" shall be construed broadly to include all forms of intellectual property including without limitation all: inventions, discoveries, designs, plans, improvements, trademarks, service marks and copyrights in drawings, computer programs. architectural works and in all other original works of authorship.

ATTACHMENT A - Scope of Services ATTACHMENT B – Compensation ADDENDA (if required)



Atkins North America, Inc.
1600 RiverEdge Parkway, NW, Suite 600
Atlanta, Georgia 30328

Telephone: +1.770.933.0280
www.atkinsglobal.com/northamerica

# Attachment "A"

December 20, 2016

Randolph Barksdale
Courtesy Properties, LLC
1636 Dogwood Drive, SE
Conyers, Georgia 30013
Tel: 770-922-2700

RE: Stonecrest Block O-NE – 6.157 Acre Parcel Survey

Dear Mr. Barksdale

We appreciate the opportunity to provide our services on the property located in Land Lot 183, 16th District, DeKalb County, Georgia. You have asked us to provide a variety of surveying services on the subject parcel as outline below.

**ALTA/NSPS Land Title Survey**

Atkins previously performed a traverse and partial boundary verification of the southern half of Block "O". Our crews will traverse around the norther portion of Block "O" to focus on the 6.157 acre portion of the property to be designated as Block "O-NE". Our crews will locate all above ground improvements within Block "O-NE". We will address an updated title commitment package and certify to Items 1, 2, 3, 4, 5, 6(b), 8, and 11 of the Table 'A' Option Items governing ALTA/NSPS Land Title Surveys as adopted in 2011. Our determination of the Boundary will include a legal description of the parcel. Missing or disturbed property corners will be reset as part of our site visit. Existing property evidence, apparent encroachments, and improvements situated on the subject property will be located and shown on the survey.

**Utilities**

Prior to commencing field work, we will contact Georgia One Call to submit utility designation tickets. In addition to Georgia One Call, our crews will use traditional magnetic location techniques to perform tone location of traceable utility lines. This work does not include excavation. Our drawing will show the location of storm drainage, sanitary, water, gas, power, telephone, and cable TV. We will also locate surface evidence of utilities including poles, boxes, manholes, valves, and meters. Connectivity of sanitary and storm drainage structures will be shown to the next structure outside of the project area. Storm drain and sanitary sewer piping will include top elevation, invert elevation, pipe size, pipe type, and pipe material. Depth or invert information will not be provided on tone located utilities. This does not include visiting DeKalb County to obtain record information.

**Fees**

ALTA/NSPS, Topographic, & Utility Survey of the 6.157 Acre Tract          $8,630.00

The fees stated above are lump sum fees and do not include reimbursables: i.e. copies, plots, courier fees, etc. We will issue a preliminary plot of the ALTA Survey for comments and address one round of comments as part of our lump sum fee. It should be understood that our work will be deemed complete when a professionally sealed drawing is delivered. If after that time any changes are instigated (through no fault of Atkins) by counsel representing the buyer, seller, lender, or title company they will be addressed on an hourly basis above and beyond this lump sum agreement.

**Schedule**

Our schedule for each section of the scope will be as follows, assume the earliest possible start date for field work will be January 3rd:

| Task | Estimated Delivery Date |
|---|---|
| Draft Legal Description of Block "O" | January 9th |
| ALTA/NSPS, Topo, & Util. Survey of the 6.157 Acre Tract | January 23rd |

Sincerely,

R. Greg Garner, RLS, EIT
G:\Proposals\Development - Comm\Stonecrest Block O\Stonecrest Block O-NE v02.docx

## Stonecrest Block O-NE - Survey

| TASK | Registered Surveyor | Survey P.M. | Surv/Geo II Party Chief | Sr. Tech II | Geomaticist I Surveyor I | Truck Usage | Per Diem | TOTAL |
|---|---|---|---|---|---|---|---|---|
| **Boundary of 13.79 Acre Block** | | | | | | | | 0 |
| Boundary Research & Prep | | | | | | | | 0 |
| Mob/Demob | | | | | | | | 0 |
| Boundary Traverse & Recon | | | | | | | | 0 |
| Boundary Resolution & Legal | | | | | | | | 0 |
| | | | | | | | | |
| **ALTA, Topo & Util** | | | | | | | | 0 |
| THA/Prep | 2 | | | | | | | 2 |
| Mob/Demob | | | 6 | | 6 | 3 | | 15 |
| 811 Ticket & DeKalb Utilities | | | 3 | | | | | 3 |
| Utility Designation | | | 10 | | 20 | | | 30 |
| Topo of 6.157 acres plus adjacent r/w | | | 20 | | 10 | | | 30 |
| Drafting | | | | 20 | | | | 20 |
| QC & Title Package Review | | 1 | 1 | 1 | | | | 3 |
| Pin Setting | | | 5 | | 5 | | | 10 |
| | | | | | | | | 0 |
| **Lot Division** | | | | | | | | |
| Lot Division Application & Submittal | | | | | | | | |
| QC | | | | | | | | |
| | | | | | | | | 0 |
| | | | | | | | | 0 |
| Unit Total | 2 | 1 | 45 | 21 | 41 | 3 | 0 | 110 |
| Unit Cost | $165 | $118 | $85 | $84 | $60 | $44 | $120 | |
| Total Cost | $330 | $118 | $3,825 | $1,764 | $2,460 | $132 | $0 | $8,629.00 |

**Assumptions:**



## Topographic Survey

With regards to Table 'A' item 5, our topographic survey will extend to the opposite right-of-way of both Mall Parkway and approximately 10 feet outside the subject parcel on the south and east sides. Sufficient grade breaks and spot shots will be taken to generate 2-foot contours across the site. Spot elevations will be shown on the survey in flat areas. Trees will be located according to DeKalb County specimen tree specifications. Decorative trees and outlines of shrubbery will be located along Mall Parkway and Honey Creek Court. For densely wooded areas along the easterly portion of the property, the tree/woods line will be located in addition to specimen trees. We will set two Temporary Benchmarks (TBMs) outside of the parcel or anticipated area of development.