# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **COURTESY PROPERTIES, LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:20-CV-2097 |
| ) | |
| **S&ME, INC., ATKINS NORTH** ) | |
| **AMERICA, INC., and CFN (I-20),** ) | |
| **INC., d/b/a CADILLAC FAIRVIEW,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

## ORDER

The Court, having considered Defendant S&ME, Inc.'s Consent Motion for Extension of Time to Respond to Amended Complaint, filed on June, 26 2020 (Doc. No. 28), it is hereby **ORDERED AND ADJUDGED**:

1. Defendant S&ME, Inc.'s Consent Motion for Extension of Time to Respond to Amended Complaint is GRANTED;

2. Defendant S&ME, Inc. SHALL answer or otherwise respond to Plaintiff's Amended Complaint on or before July 9, 2020.

**SO ORDERED**, this  2nd  day of       July       , 2020.

_____
THE HONORABLE STEVEN D. GRIMBERG
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF GEORGIA